

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-09-320-CR

KELVIN ARPS                                                        APPELLANT

V.

THE STATE OF TEXAS                                                     STATE

----------

## FROM THE 16TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On February 26, 2010, we abated this appeal and remanded the case to the trial court to determine whether appellant Kelvin Arps wanted to prosecute his appeal and, if so, to determine whether appellant is indigent and to appoint counsel if necessary. The supplemental record from the abatement hearing were filed in this court on April 16, 2010.

At the abatement hearing, appellant informed the trial court that he did not wish to proceed with his appeal. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MCCOY, J.; LIVINGSTON, C.J.; and MEIER, J.

---

[1] *See* Tex. R. App. P. 47.4.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 29, 2010